IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CAMERON MIKKAIL ANDERSON
ADC #166210                                                              PETITIONER

v.                         No. 5:19-cv-56-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction*                                         RESPONDENT

## ORDER

The Court adopts Magistrate Judge Kearney's unopposed recommendation, *Doc. 11*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Anderson's petition will be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 April 2020

---

* Dexter Payne has replaced Wendy Kelley as Director of the Arkansas Division of Correction. The Court directs the Clerk to update the docket.