IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CAMERON MIKKAIL ANDERSON
ADC #166210                                                          PETITIONER

v.                              No. 5:19-cv-56-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                                      RESPONDENT

## JUDGMENT

Anderson's petition is dismissed with prejudice.

*D.P. Marshall Jr.*
United States District Judge

14 April 2020